UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 215-02 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WAINRIGHT, ET AL. | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the above-styled indictment, and all process issued thereunder, be unsealed

So ORDERED this 31st day of March, 2015.

_____
HON. R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA